**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

FEB 29 2024

**FOR THE NINTH CIRCUIT**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAMONCHITO RACION, AKA
Ramonchito Onia Racion,

Defendant - Appellant.

No. 23-431

D.C. No.
1:20-cr-00020-JLT-SKO-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted February 21, 2024[**]

Before:     FERNANDEZ, NGUYEN, and OWENS, Circuit Judges.

Ramonchito Racion appeals from the district court's judgment and

challenges his jury-trial conviction and 85-month sentence for attempted sexual

abuse, in violation of 18 U.S.C. § 2242(2)(B), and abusive sexual contact, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 18 U.S.C. § 2244(b).  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Racion's counsel has filed a brief stating that there are no grounds for

relief, along with a motion to withdraw as counsel of record.  We have provided

Racion the opportunity to file a pro se supplemental brief.  No pro se supplemental

brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**